**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ANTOINE GARDINER, BIZNESS AS USUAL INC., BIZ AS USUAL LLC, AND KING KOLE CAFE INC., | : No. 9 EAL 2024 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioners | : from the Order of the |
| | : Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| CITY OF PHILADELPHIA, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.